Attorney(s)  The Weitz Law Firm P.A.
Index #  **1:19-cv-11442-RA**
Purchased/Filed: December 13, 2019
State of New York
Court:  U. S. District
County:  Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Luigi Girotto

Plaintiff(s)

against

Lumber Liquidators, Inc., a Delaware corporation d/b/a Lumber Liquidators Flooring #1055, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 55 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Blonde  Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on December 31, 2019, at 11:45AM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons in a Civil Action & Complaint with First Set of Civ. Rule 33.1 Interrogatories & First Request for Production to Defendant**

on

**Lumber Liquidators, Inc.**

the Defendant in this action, by delivering to and leaving with Sue Zouky, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

31st day of December 2019

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

Robert Guyette

Invoice·Work Order # 1948664
Attorney File #  Girotto