Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Daniel E. Gorman**
daniel.gorman@troutman.com

June 30, 2020

**VIA ECF**

Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007-1312

Application granted.  However, absent good cause, no further
extensions of this stay will be granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 1, 2020

Re:   ***Girotto v. Lumber Liquidators, Inc. et al***
       ***Case No. 1:19-cv-11442-RA***

Dear Judge Abrams:

This law firm represents defendant Lumber Liquidators, Inc. ("Defendant") in the above-referenced matter.  Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure of non-essential public businesses in New York City, which continues to adversely affect the businesses in this matter, the parties continue to have difficulty to proceed in this matter with respect to discovery and settlement negotiations at this time.

Therefore, Defendant's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any potential conference in this matter.  The undersigned has conferred with all counsel who consent to this request.  This is Defendant's first request to stay this matter.  Plaintiff previously requested two such extensions.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Daniel E. Gorman*

Daniel E. Gorman

cc:    All Parties via ECF